UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CIV. 9286**

---

TOLEKSIS BIIN TUTORA,    06B1358,

                Plaintiff,         Civil case#___CV_____

vs.

                                                  CIVIL RIGHTS
                                                  COMPLAINT PURSUANT
                                                  TO 42 U.S.C. § 1983

WiKiLeaks, et. al.,

                Defendants.

---

Plaintiff demands a Three Court Trial.

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff:  Toleksis Biin Tutora 06B1358

                    Fishkill Corrrectional Facility,
                    Box 1245, Beacon, NY. 12508

3. Defendants:  WiKiLeaks, INC.

                    Cybernet Company

## FACTS

4.  November, 2010, a cyber-link company, WiKileaks, announce the divulging of Top-Secret Intelligence material, that only dealt with Pakistan and Iraq. Late November of 2010, it announced to release Top-Secret Intelligence material, dating back from 1966. This material has direct effect on me, an-inactive Naval Intelligence Officer, who from September 1980-May 1983, had access and control of hundreds of thousands of Top-Secret Intelligence material. This information was downloaded to a central mainframe in Washington D.C.. Such information, was documented with a down-link system, due to the fact that up-link had not yet been totally installed to be compatible with down-link. Though crude the system, every Social Security Number of United States Intelligence Community was used to encrypt these Top-Secret Materials. I signed for a Life Commitment, to protect each and every life of the United States of america and the entire intelligence community. I have over thirty years with cyber-link experience, and am cognizant of how WiKiLeaks tapped the U.S. Intelligence DaTaBases. Even the ability to collect 250,000 bits of intelligence material, is not phenominal, for our data systems, never sleep, though in **off**, they may seem dormant. More palinly, the security systems can't detect hackers, when **dormant.** WiKiLeaks, is in direct combatant with Homeland Security and the other thirteen intelligence communities, who work unceasingly to combat such an incident.

## CAUSES OF ACTION

5.     **FIRST CAUSE OF ACTION**

This would entail down-linking WiliLeaks, a method simple to program into U.S. Airforce and Naval AWACS. The redirection of all on-line material back into a secure new down-link monitor of intelligence material.

**SECOND CAUSE OF ACTION**

This would entail the Federal Bureau of Investigation and the United States Marshalls seizing all hard-drives from WiKiLeaks, in order to get the call signals used to tap data-bases in Washington D.C. and all Cryptology units stateside and abroad.

**THIRD CAUSE OF ACTION**

Allowing the plaintiff assignment to show the United States Attoney Offices, how the use of **INTELLIGANCE LAW**, has been grossly violated and to aid in giving specifics on how to show that cybernet are direct commuinque lines, though not visible.